# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 30, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

135888(20)

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

HARVEY EUGENE JACKSON,
          Defendant-Appellant.

SC: 135888
COA: 282579
Macomb CC: 2006-004473-FH

_____

      On order of the Chief Justice, the motion by Barbara Willing for leave to file a brief *amicus curiae* is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 30, 2009

Clerk